# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

PAMELA WEBB PRECCIELY

VERSUS

U.S. BANK TRUST, NATIONAL
N.A., AS TRUSTEE FOR LSF10
MASTER PARTICIPATION TRUST,
CALIBER HOME LOANS, INC.,
AND JACKSON & MCPHERSON,
L.L.C.

NO.  2020 CW 1057

**JANUARY 19, 2021**

---

In Re:    Jackson & McPherson, L.L.C., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 683689.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              JMM
                              GH
                              AHP

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT